IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH DAVIS** ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> **REGIONS BANK,** ) <br> ) <br> Defendant. ) | **CIVIL ACTION NUMBER:** <br> 2:14-cv-00730-RDP |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Deborah Davis and Defendant Regions Bank (collectively, the "Parties") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action, in its entirety, WITH PREJUDICE, and with each party to pay her or its own costs.

This will certify that all Parties have agreed to the above. Further, the Parties have agreed that James C. Pennington will e-file the foregoing *Joint Stipulation of Dismissal* on behalf of the Parties.

Respectfully submitted this the 7th day of July, 2015.

_____
Lee Winston
Roderick T. Cooks
WINSTON COOKS, LLC
2 20th Street North, Suite 1330
Birmingham, Alabama 35203
Phone: (205) 502-0970
Fax: (205) 378-5876
lwinston@winstoncooks.com
rcooks@winstoncooks.com

_____
James C. Pennington (ASB-1287-N62J)
M. Tae Phillips (ASB-6565-W74P)
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, Alabama 35203
Phone: (205) 328-1900
Fax: (205) 328-6000
james.pennington@ogletreedeakins.com
tae.phillips@ogletreedeakins.com

*Counsel for Defendant*

Charity Gilchrist-Davis
GILCHRIST-DAVIS LAW OFFICE, LLC
2 20th Street North, Suite 1320
Birmingham, Alabama 32503
Phone: (205) 502-0970
Fax: (205) 378-5876
cgdavis@gilchristdavis.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record:

Lee Winston
Roderick T. Cooks
WINSTON COOKS, LLC
2 20th Street North
Suite 1330
Birmingham, Alabama 35203

Charity Gilchrist-Davis
GILCHRIST-DAVIS LAW OFFICE, LLC
2 20th Street North
Suite 1320
Birmingham, Alabama 35203

Of Counsel