# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH DAVIS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:14-CV-730-RDP |
| **REGIONS FINANCIAL CORPORATION,** et al., | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. # 24), filed July 7, 2015, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this July 7, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE